**July 7, 1997**

| | | |
|---|---|---|
| 16951 | State v. Souza | Affirmed |

**July 10, 1997**

| | | |
|---|---|---|
| 17988 | Cavness v. Otsuka | Affirmed |

**July 15, 1997**

| | | |
|---|---|---|
| 19155 | Murray v. State | Affirmed |

**July 23, 1997**

| | | |
|---|---|---|
| 19644 | Cary v. Clissold | Affirmed |

**July 24, 1997**

| | | |
|---|---|---|
| 20094 | Jelks v. Department of Commerce and Consumer Affairs | Affirmed |
| 18030 | Kahuku Village Ass'n, Inc. v. Pacheco | Affirmed |
| 18155 | State v. Fisher | Vacated |

**July 25, 1997**

| | | |
|---|---|---|
| 18945 | State v. Hutch | Reversed |

**July 29, 1997**

| | | |
|---|---|---|
| 19759 | Isaacs v. City and County of Honolulu, Dept. of Personnel Services | Affirmed in part, Reversed in part |